IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>GREG HALLGRIMSON,<br>[DOB:   08/20/1969]<br><br>                      Defendant. | Case No. _____<br><br>COUNT ONE<br>18 U.S.C. § 242 (Deprivation of Rights)<br>NMT: 10 Years<br>NMT: 3 years Supervised Release<br>NMT: $250,000 Fine<br>Class C Felony<br><br>$100 Mandatory Special Assessment |

## **INDICTMENT**

The Grand Jury charges that:

### GENERAL ALLEGATIONS

1. At all times relevant to this Indictment, the Greenwood Police Department was a law enforcement agency in the Western District of Missouri. Among other functions, the Greenwood Police Department investigated crimes allegedly committed in Greenwood, Missouri.

2. At all times relevant to this Indictment, employees of the Greenwood Police Department were responsible for conducting themselves in compliance with local, state, and federal laws, including the United States Constitution.

3. At all times relevant to this Indictment, defendant GREG HALLGRIMSON was employed as a police officer at the Greenwood Police Department.

## COUNT ONE

The Grand Jury further charges that:

1. Paragraphs one through three of the General Allegations are incorporated by reference in this count.

2. On or about December 17, 2018, in the Western District of Missouri, GREG HALLGRIMSON, the defendant herein, while acting under color of the law, willfully deprived J.Z. of a right secured and protected by the Constitution and laws of the United States, namely, the right to be free from unreasonable seizure, which includes the right to be free from the unreasonable use of force by one acting under color of law. Specifically, the defendant threw J.Z., who was handcuffed and restrained and sitting in a chair, to the ground and struck J.Z. in the face with his fist while J.Z. was not posing a threat to the defendant or others. The offense resulted in bodily injury to J.Z.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL.

11/13/19
DATE

*/s/ Harry Dixon*
FOREPERSON OF THE GRAND JURY

*/s/ Timothy A. Garrison*
Timothy A. Garrison
United States Attorney