# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| **Division of Filing** | | **Place of Offense** | **Matter to be Sealed** |
|---|---|---|---|
| ☑ Western | ☐ St. Joseph | **Jackson** County and elsewhere | ☐ Secret Indictment |
| ☐ Central | ☐ Southern | | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name    Greg Hallgrimson
Alias Name
Birthdate    08/20/1969

**Related Case Information**

Superseding Indictment/Information ☐ Yes ☑ No   if yes, original case number _____
New Defendant ☑ Yes ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Dave Ketchmark

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required    ☐ Yes ☑ No
Warrant Required ☐ Yes ☑ No

**U.S.C. Citations**
Total # of Counts    1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:242.F/9901/4 | Deprivation of Rights | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

(May be continued on reverse)

Date   11/13/19              Signature of AUSA   /s/ Dave Ketchmark